UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marlin F. Turner ,

                    Plaintiff,

            v.                                    Civil Action No. 04-10074-NMG

David L. Winn, et al. ,

                    Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees
and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s): Plaintiff failed to submit a certified copy of
     his prison account statement(s).

☐    The Clerk shall return the complaint to the undersigned for screening on the
     merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue
     pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a
     copy of the summons, complaint, and this order upon defendant(s) as directed
     by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

___6/14/04_____
DATE

___S/M Gorton_____
UNITED STATES DISTRICT JUDGE