Marlin Fred Turner Jr
Reg # 16838-074
U S Medical Center
for Federal Prisoners
PO Box 4000
Springfield, MO. 65801

Tony Anastas
U.S. District Court
Office of the Clerk
595 Main Street, Room 502
Worcester, Mass. 01608

July 2, 2004

RE: Turner v. Winn et al
4:04-cv-40074-FDS

Dear Mr. Anastas,

    I am writing in response to a letter from the courts informing me that if I did not send my account statement for the last 6 months my case would be dismissed. I have included in this letter a printout of my account

for the last 6 months and I had my counselor Gary Shipley sign the bottom of the printout. I would be greatly appreciative if you would send me something informing me that you recieved this letter because I am not sure that all of my letters to the courts concerning this case are getting mailed out. Also, I have an August 2nd courtdate in your court for my criminal case so before mailing me anything can you please make sure I am still here. Thank you

Sincerely,
Marlin F. L. Jr.

# All Transactions

| | | |
|---|---|---|
| **Inmate Reg #:** | 16838074 | **Current Institution:** Springfield MCFP |
| **Inmate Name:** | TURNER, MARLIN | **Housing Unit:** MHU-FOR |
| **Report Date:** | 07/01/2004 | **Living Quarters:** A01-016L |
| **Report Time:** | 2:45:42 PM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/30/2004 8:18:45 PM | AMService | ITS Withdrawal | ($2.00) | ITS0630 | | $23.82 |
| 6/27/2004 11:31:05 AM | AMService | ITS Withdrawal | ($10.00) | ITS0627 | | $25.82 |
| 6/18/2004 4:39:51 PM | AMService | ITS Withdrawal | ($5.00) | ITS0618 | | $35.82 |
| 6/18/2004 1:33:09 PM | SPG8816 | Local Collections | $30.00 | 13794 | | $40.82 |
| 6/18/2004 1:33:09 PM | SPG8816 | Local Collections | $10.00 | 13807 | | $10.82 |
| 5/13/2004 7:12:29 PM | AMService | ITS Withdrawal | ($1.00) | ITS0513 | | $0.82 |
| 5/9/2004 11:02:26 AM | AMService | ITS Withdrawal | ($2.00) | ITS0509 | | $1.82 |
| 5/8/2004 6:25:28 PM | AMService | ITS Withdrawal | ($1.00) | ITS0508 | | $3.82 |
| 5/8/2004 11:35:58 AM | AMService | ITS Withdrawal | ($2.00) | ITS0508 | | $4.82 |
| 5/6/2004 12:27:45 PM | SPG3703 | Payroll - IPP | $6.72 | JV0101 | | $6.82 |
| 3/25/2004 2:22:50 PM | SPG3000 | ITS Rev With Admin | $0.10 | JV0064 | | $0.10 |
| 3/19/2004 4:43:29 AM | SENTRY | Transfer - In from TRUFACS | $0.00 | TX031904 | | $0.00 |
| 1/8/2004 5:42:25 AM | SENTRY | Transfer - Out to TRUFACS | ($0.48) | TX010804 | | $0.00 |
| 12/31/2003 6:04:41 PM | SPG3003 | Sales | ($9.85) | 144 | | $0.48 |
| 12/30/2003 9:33:28 PM | AMService | ITS Withdrawal | ($5.00) | ITS1230 | | $10.33 |
| 12/30/2003 5:23:56 PM | AMService | ITS Withdrawal | ($3.00) | ITS1230 | | $15.33 |
| 12/25/2003 9:40:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS1225 | | $18.33 |
| 12/25/2003 4:36:37 PM | AMService | ITS Withdrawal | ($2.00) | ITS1225 | | $20.33 |
| 12/23/2003 7:04:29 PM | AMService | ITS Withdrawal | ($1.00) | ITS1223 | | $22.33 |
| 12/22/2003 4:34:27 PM | AMService | ITS Withdrawal | ($2.00) | ITS1222 | | $23.33 |
| 12/22/2003 3:12:50 PM | SPG3703 | Local Collections | $25.00 | 4485 | | $25.33 |
| 12/18/2003 7:53:45 AM | SPG3703 | Transfer - In from IATM | $0.33 | DL0043 | | $0.33 |
| 12/17/2003 6:10:02 PM | SPG3004 | Sales | ($2.40) | 100 | | $0.00 |
| 12/16/2003 8:02:09 PM | AMService | ITS Withdrawal | ($1.00) | ITS1216 | | $2.40 |
| 12/15/2003 4:38:14 PM | AMService | ITS Withdrawal | ($2.00) | ITS1215 | | $3.40 |
| 12/13/2003 1:52:57 PM | AMService | ITS Withdrawal | ($4.00) | ITS1213 | | $5.40 |
| 12/12/2003 8:50:18 PM | AMService | ITS Withdrawal | ($2.00) | ITS1212 | | $9.40 |
| 12/12/2003 6:20:57 PM | AMService | ITS Withdrawal | ($1.00) | ITS1212 | | $11.40 |
| 12/11/2003 7:43:14 PM | AMService | ITS Withdrawal | ($2.00) | ITS1211 | | $12.40 |
| 12/10/2003 7:14:41 PM | AMService | ITS Withdrawal | ($2.00) | ITS1210 | | $14.40 |
| 12/10/2003 5:33:44 PM | SPG3004 | Sales | ($31.60) | 89 | | $16.40 |
| 12/10/2003 4:30:46 PM | AMService | ITS Withdrawal | ($2.00) | ITS1210 | | $48.00 |
| 12/10/2003 1:52:26 PM | SPG3703 | Local Collections | $50.00 | 3577 | | $50.00 |

1

*7-4-04*
*ISSUED TO INMATE*
*[signature] c/c*