UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Turner,

              Plaintiff

                                                      CIVIL ACTION
      V.

                                                      NO. 04-40074-FDS

Winn, et al.,

              Defendant


ORDER OF DISMISSAL

Saylor,    D. J.


      For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on ___9/15/05_____, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).



                                        By the Court,



___10/13/05_____
          Date

/s/ Martin Castles
Deputy Clerk